**Electronically Filed
Supreme Court
SCWC-29440
04-SEP-2013
11:56 AM**

SCWC-29440

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

KAUAI SPRINGS, INC.,
Petitioner/Appellant-Appellee,

vs.

PLANNING COMMISSION OF THE COUNTY OF KAUA‘I,
Respondent/Appellee-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29440; CIVIL NO. 07-1-0042)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Appellant-Appellee Kauai Springs, Inc.'s Application for Writ of Certiorari filed on July 29, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, September 4, 2013.

| | |
|---|---|
| Robert H. Thomas | /s/ Mark E. Recktenwald |
| Mark M. Murakami | |
| for petitioner | /s/ Paula A. Nakayama |
| | |
| Alfred B. Castillo, Jr. | /s/ Simeon R. Acoba, Jr. |
| Mauna Kea Trask | |
| David J. Minkin | /s/ Sabrina S. McKenna |
| Dayna H. Kamimura-Ching | |
| for respondent | /s/ Richard W. Pollack |

